ERIC GRANT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT FRANK ROMANO,

Defendant.

CASE NO. 2:07-CR-00120 WBS

GOVERNMENT'S MOTION TO DISMISS AND ORDER

Pursuant to Fed.R.Crim.P. 48(a), the United States hereby moves to dismiss the indictment in the above-entitled case against the above-named defendant only. The United States also moves to quash any bench warrant associated with this defendant.

Dated: September 25, 2026

ERIC GRANT
United States Attorney

By: /s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA
Assistant United States Attorney

ERIC GRANT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT FRANK ROMANO,

Defendant.

CASE NO. 2:07-CR-00120 WBS

ORDER

The government's motion to dismiss the indictment against the above-named defendant only is hereby GRANTED. The government's motion to quash any bench warrant associated with this defendant is also GRANTED.

Dated: September 28, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE